

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>BRUCE A. ROSS,<br>    Debtor | Ch. 7<br><br>21-11484-JEB |

### Order on Motion for Relief from Stay

This matter came before me on the Motion for Relief from Stay [#13] (the "Motion") of U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-9 (the "Movant"). Due notice was given and no objections were filed. Having reviewed the Motion which states good cause for relief from stay under 11 U.S.C. §362(d), the Motion is granted. It is ORDERED that:

1. The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 59 Riverview Road, Gloucester, MA 01930-1671 (the "Property"), as more particularly described in the Motion, and apply the proceeds from any sale of the Property to the Debtor's loan balance secured by such mortgage and, if necessary, bring eviction proceedings against the Debtor, all in accordance with applicable state and federal law.

2. The Movant shall provide the Trustee and the Debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the Trustee upon written request by the Trustee or as may be directed by further order of the Court absent written direction provided by the Trustee.

3. In accordance with Fed. R. Bankr. P. 4001(a)(3), this Order is stayed through and including **December 13, 2021**.

Dated: 11/29/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge